UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF: )    CHAPTER 13
)
MICHAEL L FORRESTER )    CASE NO: 21-81080
KAREN K FORRESTER
    Debtors

AFFIDAVIT REQUESTING CONFIRMATION

State of Illinois )
County of Winnebago )

The Debtors, Michael and Karen Forrester, the above captioned case being duly sworn upon oath, deposes and states as follows:

1. __X__ A.   Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).

_____ B.   I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statue.

2.   I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending during the 4-year period to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this affidavit, I acknowledge that all the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

FURTHER AFFIANT SAYETH NOT:

_____

_____Karen Khost_____
                                    Debtors

Subscribed and sworn to before me this __19__ day of __August__ 2021.

NICOLE M STULTS
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 22, 2024

_____Nicole M Stults_____
Notary Public

My commission expires: July 22nd, 2024.